Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT 03 2023

MITCHELL R. ELFERS
CLERK

Jason W. Jones
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Plains Hospital Clovis, NM
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
(to be filled in by the Clerk's Office)

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Defendant No. 3
  Name
  Job or Title *(if known)*
  Shield Number
  Employer
  Address

  City    State    Zip Code
  ☐ Individual capacity    ☐ Official capacity

Defendant No. 4
  Name
  Job or Title *(if known)*
  Shield Number
  Employer
  Address

  City    State    Zip Code
  ☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Medical Malpractice.

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

In the afternoon on August 17th 2023, And on the week of the 26th of August at Hospital. Then at the Orthopedics doctors office on the 14th of Sept.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

1st) Nurse lied for the NM State Police and said my arm was a old break and was fractured at my wrist and elbow. Sent to CCADC with broken arm.
2nd) 2nd X-Ray showed where arm is broken (witnessed by Captain Mendez wearing lapell camera)
3rd) was taken to orthopedic doctor 3rd x-rays were taken

V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. My arm is broken and was splinted and ace bandaged but never fixed also I believe that nerve damage and also additional injuries to a old break in my hand. My hand now stays numb and I can't make a fist anymore with two of my fingers. I also believe that I have muscle and tissue damage. When I try to do the exercises I was instructed to my elbow pops. I was given Ibuprophen

VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I would like the court to make the hospital and orthopedic doctor to pay me $350,000,000.00 for lying for the police and medical malpractice. Due to the fact that my arm I am sure will have to be rebroke and pinned.

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☑ No

E. If you did file a grievance:

1. Where did you file the grievance?

   CCADC

2. What did you claim in your grievance? That my arm was broken and that it was healing that way, and wanted to be released so that I could get my arm fixed.

3. What was the result, if any? Denied

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   Sent a request to ask why and was told that It wasn't covered in the current policy at CCADC.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

    1. Parties to the previous lawsuit
       Plaintiff(s) Jason Jones
       Defendant(s) New Mexico Stat Police Dept.

    2. Court *(if federal court, name the district; if state court, name the county and State)*
       United States District Court Albuquerque NM.

    3. Docket or index number
       Not sure at this time

    4. Name of Judge assigned to your case
       Don't know.

    5. Approximate date of filing lawsuit
       On or around the 19th of ~~August~~ September.

    6. Is the case still pending?
       ☑ Yes
       ☐ No

       If no, give the approximate date of disposition.

    7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment? Yes

## IX.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9-23-2023

Signature of Plaintiff: Jason W. Jones
Printed Name of Plaintiff: Jason W. Jones
Prison Identification #: 22682
Prison Address: 801 Mitchell St, Clovis, NM 88101

### B.  For Attorneys

Date of signing:

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Address:
Telephone Number:
E-mail Address:

Page 1

On August 17, 2023 I was taken to the hospital by the State Police here in Clovis, after said New Mexico State Police dept. broke my arm, this was later in the afternoon or evening when nurses took x-rays of my arm they said that my arm was fractured in two places. I was then brought to CCADC after they splinted my arm and wraped it with a ace bandage, two weeks after that on or around the 26th of August I was taken back to the Plains Hospital here in Clovis N.M. by a Captain Mendez here at CCADC accompanied by a sergent. A second set of x-Rays was taken and was wittnessed by Captain Mendez, the nurse showed him where my arm was clearly broken at the elbow. Captain Mendez stated this to me after we left the x-ray room, then I was brought back to CCADC by the captain and sergent. I believe that because my arm was not fixed the first or second time at the ER at the Plains hospital here in Clovis NM. that this is a strong case of medical malpractice and covering for the State Police. I have been held here now as a Pretrial Detainee

Page 3

hearing to ask to be released on a OR bond until trial which is on Dec. 7th. I talked to Secretary at the Public Defenders office here in Clovis NM. My attorney is supposed to make a appointment to speak to me, I made such said phone call on Sept. 22, 2023 and am awaiting. I believe this lawsuite to be justified cause for a secondary law suite and is the reason for me filing it seperately from my State Police lawsuite. I have another appointment with the orthopedic doctor on or around the 14th of October. I have however had trouble getting in contact with my Public Defender and believe I am being unjustly held here at CCADC. I will write if my situation changes, unless I get out of jail in which I will call immediately. Also my hearing in my left ear is getting worse continually and my eye sight in my right eye is blured alot since altercation with the state Police.
   Thank you for your time and consideration.



Jason W Songs
Inmate # 22682
801 Mitchell St.
Clovis N.M. 88101

United States District Court.
Office Clerk
400 Lomas Blvd. N.E.
Albuquerque, NM 87102

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the

District of

Division

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT 03 2023

MITCHELL R. ELFERS
CLERK

Jason W. Jones
_Plaintiff(s)_
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

City of Clovis

Judge Tatom
_Defendant(s)_
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.

_(to be filled in by the Clerk's Office)_

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Page 1 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. I have a broken arm that is healing that way and the orthopedic Nurse practioner said there is nothing they can do because to much time has gone by to fix it, which means they will have to rebreak my arm and put pins or rods in it.

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☑ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)*

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

On or around the 21st or 2nd of August 2023

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Judge Tatom held me on Pretrial Confinment knowing that I had a broken arm. Also I have been denied the right for a (RCR) hearing. I have repeatedly asked the Public defenders office for a (RCR) Hearing.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

(My arm was broken) I was denied the right to get it fixed and now I will have to have my arm rebroke and pinned or maybe even rods put in my arm in order to ever have my arm properly fixed. Right now my arm is disfigured. ⌒ instead of — is how the nurse practitioner described it when I was taken for my first orthopedic appointment

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I would like for the court to let me be released immediatly on a OR bond until trial and I would also like to be paid $500,000,000.00 for being held on Pretrial Detention and not being able to properly get my arm fix which is now healing broken and crooked and will have to be fixed which means surgery at least once. Also I am now having a hard time hearing and my left eye is starting to blur out which could also mean nuerological damages.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

CCADC

2. What did you claim in your grievance? That I am being held as a Pretrial detainee and that I would like to be released on OR Bond or even on Probation until trial

3. What was the result, if any? denied, because policy doesn't cover it

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*
Sent a request for answer about grievance and was told still denied because policy doesn't cover it.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) Jason W. Jones
   Defendant(s) ~~N.M. State Police Dept.~~ N.M. State Police Dept.

2. Court *(if federal court, name the district; if state court, name the county and State)*
   United States District Court.

3. Docket or index number
   Not sure at this time

4. Name of Judge assigned to your case
   Don't Know yet.

5. Approximate date of filing lawsuit
   Sept. 12th 2023

6. Is the case still pending?
   ☑ Yes
   ☐ No

   If no, give the approximate date of disposition.  N/A

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

IX. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9-27-2023

Signature of Plaintiff: Jason W. Jones
Printed Name of Plaintiff: Jason W. Jones
Prison Identification #: 22682
Prison Address: 801 Mitchell St.
Clovis, NM 88101
City / State / Zip Code

B. **For Attorneys**

Date of signing: _____

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address
City / State / Zip Code
Telephone Number
E-mail Address

Jason W. Jones
Inmate # 27682
801 Mitchell St.
Clovis NM 88101

United States District Court
400 Lomas Blvd NW.
Office Clerk
Albuquerque NM, 87102