IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JASON W JONES,

    Plaintiff,

v.                                               No. 23-cv-00867-KG-JFR

PLAINS HOSPITAL,
CITY OF CLOVIS
JUDGE FNU TATOM,

    Defendants.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Order of Dismissal filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this case.

IT IS ORDERED, ADJUDGED, AND DECREED that this case is DISMISSED without prejudice.

_____
UNITED STATES DISTRICT JUDGE